IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:01CR3040 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTHONY STEVEN WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's "motion and request for counsel & to have defendant constitutionally resentenced" (filing 292) is denied.

DATED this 19th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge